IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES JESSE SANCHEZ, JR.,<br><br>Defendant. | CR 16-40-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Stay Proceedings (Doc. 33), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Motion to Stay Proceedings (Doc. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial set for October 18, 2016 at 9:00 a.m. is **VACATED** pending the resolution of the United States' interlocutory appeal (Doc. 35).

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 11th day of October, 2016.

SUSAN P. WATTERS
United States District Judge