

OCT 18 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 16-40-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER DISMISSING WITHOUT PREJUDICE** |
| **CHARLES JESSE SANCHEZ, JR.,** | |
| **Defendant.** | |

Upon the United States' Unopposed Motion to Dismiss Indictment Without

Prejudice (Doc. 43) under Federal Rule of Criminal Procedure 48(a), and good

cause being shown,

IT IS HEREBY ORDERED that the Indictment in this case is **DISMISSED**

without prejudice.

DATED this _18th_ day of October, 2016.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge